# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. KATRINA LYNN DANFORTH**               Case No. **2:18-MJ-0384-JTR**

**Rule 5 Initial Appearance on Indictment:**               12/19/2018

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Molly Winston, US Atty |
| ☒ | Cassie Lerch, US Probation / Pretrial Services Officer | ☒ | James Goeke, Defense Atty |
| ☒ | Defendant present in custody USM | ☒ | Interpreter - **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☐ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☐ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared with counsel and was advised of his/her rights and the allegations contained in the Indictment from the District of Idaho.

The Defendant acknowledged to the Court that his/her true and correct name is: KATRINA LYNN DANFORTH.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant while in this district.

Government has filed a motion for detention.

Defendant waived identity hearing, but requested a detention hearing be held Friday, December 21, 2018 at 1:30.

Pretrial Services Report ordered.

**The Court ordered:**
1. Detention hearing set on December 21, 2018 at 1:30.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Identity Hrg:** | *Waived by Defendant* |
|---|---|

| **Detention Hrg:** | **12/19/2018 @ 1:30 p.m. [S/JTR]** |
|---|---|
| **Preliminary Hrg:** | *Does Not Apply* |
| **Appearance Date in Charging District (Subject to Release):** | *To be determined* |
| **Rule 5 Removal Hrg (Subject to Release):** | *To be determined* |