UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-MJ-00384-JTR-1 |
| Plaintiff, | ORDER FOLLOWING RULE 5 INITIAL APPEARANCE ON INDICTMENT |
| v. | |
| KATRINA LYNN DANFORTH, | |
| Defendant. | |

At Defendant's December 19, 2018, initial appearance based on an indictment from the District of Idaho, ECF No. 1, Defendant appeared, in custody, with Assistant Federal Defender Molly Marie Winston.  She was advised of, and acknowledged, her rights.  Assistant U.S. Attorney James A. Goeke represented the United States.

Defendant, individually and through counsel, waived the right to an identity hearing and a challenge to the warrant, pursuant to Fed. R. Crim. P. 5.  Defendant's waiver is accepted as knowing and voluntary.

The United States moved for detention in this matter.  ECF No. 3. Defendant requested a detention hearing.  Therefore, **IT IS ORDERED** a detention hearing is set for **December 21, 2018, at 1:30 p.m.**, before the undersigned.  Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

ORDER - 1

The U.S. Probation Office shall prepare a Pretrial Services Report prior to the detention hearing and shall notify defense counsel prior to interviewing Defendant.

**IT IS SO ORDERED.**

DATED December 19, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2