Molly M. Winston
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>     v.<br><br>Katrina Lynn Danforth,<br><br>                Defendant. | 2:18-mj-0384-JTR-1<br><br>**Notice of Appearance** |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case on Ms. Danforth's behalf.

Dated: December 20, 2018          Respectfully Submitted,

                                  By s/*Molly M. Winston*

                                  Molly M. Winston WA 50416
                                  Federal Defenders of Eastern
                                  Washington and Idaho
                                  10 North Post, Suite 700
                                  Spokane, Washington 99201
                                  Email: Molly_Winston@fd.org
                                  Telephone: 509-624-7606
                                  Fax: 509-747-3539

Notice of Appearance - 1

**Service Certificate**

I certify that on December 20, 2018, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

James A. Goeke.

*s/Raylene Schreiber*
Raylene Schreiber
Legal Assistant to
Molly M. Winston

Notice of Appearance - 2