# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. KATRINA LYNN DANFORTH**      Case No.  **2:18-MJ-0384-JTR-1**

**Detention Hearing on Rule 5 Proceeding:**     12/21/2018

☒ Melissa Orosco, Courtroom Deputy     ☒ Alison Gregoire, US Atty
☒ Danyelle Storms, US Probation / Pretrial Services     ☒ Molly Winston, Defense Atty
☒ Defendant present in custody USM     ☒ Interpreter - **NOT REQUIRED**

☒ Defendant continued detained     ☐ Conditions of Release imposed
☐ 199C Advice of Penalties/Sanctions filed

## REMARKS

Defendant appeared, in custody, with counsel.

**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

**The Court ordered:**
1. USA's Motion for Detention is **granted.**
2. REMOVAL of the Defendant to the charging District.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.

FTR/S-740     Time: 1:45 p.m. – 1:46 p.m.     Page 1